```
TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JOSEPH T. MCNALLY (Cal. Bar No. 250289)
Assistant United States Attorney
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2272
     Facsimile: (213) 894-2600
     E-mail:    joseph.mcnally@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT

Jan 27, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___KT___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA CR 20-100-DMG |
| Plaintiff, | GOVERNMENT'S UNOPPOSED MOTION TO UNSEAL CASE |
| v. | |
| SOBER LINING, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California and Assistant United States Attorney Joseph T. McNally, moves to unseal this case.  The reasons for which the government sought sealing are no longer applicable in this case.  Defendant does not oppose the request.

///

///

///

///

///

///

```
Dated: January 26, 2021         Respectfully submitted,

                                TRACY L. WILKISON
                                Acting United States Attorney

                                BRANDON D. FOX
                                Assistant United States Attorney
                                Chief, Criminal Division


                                        /s/
                                JOSEPH T. MCNALLY
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA
```

**CERTIFICATE OF SERVICE**

I, CHRISTINE CLARK, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action; That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on Tuesday, January 26, 2021 I emailed a copy of:

GOVERNMENT'S UNOPPOSED MOTION TO UNSEAL CASE

service was:

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☒ By email as follows:

**william@wmgattorneys.com**

☐ By messenger, as follows:

☐ By Federal Express, as follows:

at **his**/her/their last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on January 26, 2021, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

*Christine Clark*
CHRISTINE CLARK
Legal Assistant