ORIGINAL

TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JOSEPH T. MCNALLY (Cal. Bar No. 250289)
Assistant United States Attorney
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2272
    Facsimile: (213) 894-2600
    E-mail:    joseph.mcnally@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 20-100-DMG |
|---|---|
| Plaintiff, | SUPPLEMENT TO GOVERNMENT'S POSITION WITH RESPECT TO THE PRESENTENCE REPORT |
| v. | |
| SOBER LINING, | |
| Defendant. | |

ORIGINAL

TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JOSEPH T. MCNALLY (Cal. Bar No. 250289)
Assistant United States Attorney
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2272
    Facsimile: (213) 894-2600
    E-mail: joseph.mcnally@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 20-100-DMG |
|---|---|
| Plaintiff, | SUPPLEMENT TO GOVERNMENT'S POSITION WITH RESPECT TO THE PRESENTENCE REPORT |
| v. | |
| SOBER LINING, | |
| Defendant. | |

In the Government's Position with Respect to the Presentence Report, the government stated in a footnote "Sober Lining appears to walk back from their agreement here by suggesting that the Court should not impose a fine because it does not have the ability to pay." The Government withdraws this statement. Consistent with its plea agreement obligation, Sober Lining recommended in its sentencing position that the Court impose the $500,000 fine agreed to in the plea agreement. It is appropriate for Sober Lining to advise the Court that it is unlikely that the fine will be paid given its financial condition.

| | |
|---|---|
| Dated: January 18, 2021 | Respectfully submitted, |
| | TRACY L. WILKISON<br>United States Attorney |
| | BRANDON D. FOX<br>Assistant United States Attorney<br>Chief, Criminal Division |
| |       /s/<br>JOSEPH T. MCNALLY<br>Assistant United States Attorney |
| | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

**CERTIFICATE OF SERVICE**

I, CHRISTINE CLARK, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action; That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on Tuesday, January 19, 2021 I emailed a copy of:

**SUPPLEMENT TO GOVERNMENT'S POSITION WITH RESPECT TO THE PRESENTENCE REPORT**

service was:

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☒ By email as follows:
**william@wmgattorneys.com**

☐ By messenger, as follows:

☐ By Federal Express, as follows:

at **his/her/their** last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on January 19, 2021, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

*Christine Clark*
CHRISTINE CLARK
Legal Assistant